USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___10/6/22___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

LIN KWOK KEUNG,

                                         **Plaintiff,**

                -against-                                            **21-cv-6698 (ALC)**

                                                                     **ORDER OF DISCONTINUANCE**

CAFE ROUND K INC. ET AL.,

                                         **Defendants.**

---

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

thirty days.

**SO ORDERED.**

Dated:     October 6, 2022
           New York, New York

_____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**